ALBANY,
January, 1823.

ALLAN
v.
SMITH.

</div>

<div style="text-align:right">Rule granted.</div>

---

### ALLAN, Widow, &c. *against* SMITH.

DOWER, *unde nihil habet*, &c. At the last term, the tenant was called, and not appearing, his default was entered, and a writ of *grand cape* was issued, returnable at this term. A motion was now made to set aside the default, and all subsequent proceedings, and that the tenant have leave to enter his appearance. It appeared from the affidavits, that the tenant, on being served with the summons, consulted a lawyer, who advised him to inform *R.*, of whom he purchased the land; that *R.* being sick, the tenant applied to a lawyer, in presence of the son-in-law of *R.*, to know who was to defend the suit; and was told that *R.* Troup, Esq. would take charge of it. *R.* knew nothing of the default; and *Troup*, in his affidavit, stated, that he understood that he was to defend the suit, but did not know of its situation, until the second day of *November* last, &c. It appeared, that the husband of the demandant had aliened the land in his lifetime.

*After the default of the tenant for not appearing on the summons, in an action of dower, had been regularly entered, and a writ of grand cape had issued, the default and subsequent proceedings were set aside, at the next term, on the ground of mistake and accident; and the tenant allowed to enter his appearance.*

The proceedings, on the part of the demandant, were regular, and the default regularly entered.

*C. G. Troup*, and ———, for the tenant.

*E. Howe*, and *Lee*, for the demandant.

*Per Curiam.* The affidavits, on the part of the defendant, show, not only that he has a material defence, but that

ALBANY,
January, 1823.

JACKSON
v.
EATON.

he has been prevented from appearing on the return of the summons, by mistake and accident. Every Court has the power to adapt its practice to the attainment of justice between the parties ; whatever may be the *ancient* practice on writs of right, and in actions of dower, we cannot consent, that a party shall be deprived of his right to make a defence, when he has one to make, and has been deprived of the opportunity of doing it, by mere mistake or accident. We think the motion ought to be granted.

Rule granted.(*a*)

(*a*) Vide *Booth's Real Actions*, 23. 25. ch. 3. *Saver Default.* 2 *Sellon's Practice*, 295. 2 *Saund.* 43, 44. n. 1. *Co. Litt.* 259. 1 *Johns. Rep.* 329. 18 *Johns. Rep.* 504.